LENA NICHITTA, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued December 6, 1928; decided December 31, 1928.)

*Jay Leo Rothschild, Edwin J. Lukas* and *Louis Rivkin* for appellant.

*George P. Nicholson, Corporation Counsel (J. Joseph Lilly* and *Henry J. Shields* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.